IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FAIR HOUSING COUNCIL OF SOUTH TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-1415-FB |
| § | |
| LENNAR HOMES OF TEXAS SALES AND § | |
| MARKETING, LTD.; and LENNAR HOMES OF § | |
| TEXAS LAND AND CONSTRUCTION, LTD., § | |
| § | |
| Defendants. § | |

### *ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE*

Before the Court is the Motion for Admission *Pro Hac Vice* filed on October 21, 2024 (docket #30), by Ellora Israni of Relman Colfax PLLC seeking authorization to appear in this case *pro hac vice* on behalf of Plaintiff Fair Housing Council of South Texas. Ms. Israni is a member in good standing with the Bar of the State of California and is admitted to practice before the United States Court of Appeals for the Fifth Circuit as well as the United States District Courts for the Central District of California and the District of Columbia. A review of the motion reveals this is Ms. Israni's first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one case or in some instances as long as a licensed Western District of Texas attorney is involved in the case. The motion reveals a licensed Western District of Texas attorney has been designated as co-counsel. Therefore, after due consideration, the Court is of the opinion the motion should be granted such that Ellora Israni may appear in this case *pro hac vice.*

Accordingly, IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* (docket #30) is GRANTED such that Ellora Israni may appear *pro hac vice* in this case. The Court further ORDERS counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas. IT IS FURTHER ORDERED that Ellora Israni immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if she has not already done so.

IT IS FURTHER ORDERED that Ellora Israni, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if she has not already done so. Ms. Israni's *pro hac vice* status shall not take effect until she has complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 22nd day of October, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE