IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FAIR HOUSING COUNCIL OF SOUTH TEXAS, | § § § § § § § § § § § § § § | |
| *Plaintiff*, | | 5:23-CV-01415-FB-RBF |
| vs. | | |
| LENNAR HOMES OF TEXAS SALES AND MARKETING, LTD, LENNAR HOMES OF TEXAS LAND AND CONSTRUCTION, LTD., | | |
| *Defendants*. | | |

# ORDER

Before the Court is Defendants' Motion to Dismiss for Lack of Standing, *see* Dkt. No. 14, and Motion to Dismiss for Failure to State a Claim, *see* Dkt. No. 15. The District Court referred this case for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, *see* Dkt. No. 38. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED THAT** these Motions to Dismiss, Dkt Nos. 14 & 15, are set for a hearing on **February 20, 2025 at 1:30 pm** at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207. The monitors in the courthouse lobby on the day of the hearing will contain the assigned courtroom information.

**IT IS SO ORDERED.**
**SIGNED this 8th day of January, 2025.**

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**